UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| AUTUMN SMITH, | ) | |
|     Plaintiff, | ) | |
| | ) | No. 1:18-cv-252 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| DAVID WALTERS and KIM TUYLS, | ) | |
|     Defendants. | ) | |
| | ) | |

## JUDGMENT

In accordance with the order entered on this date (ECF No. 148), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

 **IT IS SO ORDERED.**

**Date:** June 5, 2020              /s/ Paul L. Maloney
                              Paul L. Maloney
                              United States District Judge